NUMBER 13-04-617-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________ ______
 
ERIC D. HARRISON,                                                          Appellant,

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION                                                  Appellee.
____________________________________________ ______

On appeal from the 24th District Court
of De Witt County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, ERIC D. HARRISON, perfected an appeal from a judgment entered by
the 24th District Court of De Witt County, Texas, in cause number 03-12-19,540. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 20th day of January, 2005.